

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00170-CR

Alice Vega **FIALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. NM 308410
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

On May 22, 2017, appellant filed "Appellant's Motion Requesting the Honorable Fourth Court of Appeals for an Extension of Time to Allow the Court's Clerk to further Supplement the Record and for an ORDER Instructing the Official Court Reporter to Transcribe all Court proceeding to include the Trial." After consideration, appellant's motion is DENIED AS MOOT.

It is so **ORDERED** on July 31, 2017.

**PER CURIAM**

ATTESTED TO: _Luz Estrada_____
Luz Estrada
Chief Deputy Clerk